# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Cheryl Grippo and William Grippo, wife and husband, | ) ) ) |
| Plaintiffs, | ) **ORDER RE ADMISSION** |
| | ) **PRO HAC VICE** |
| vs. | ) ) |
| St. Alexius Medical Center, | ) ) |
| | ) Case No. 1:15-cv-122 |
| Defendants. | ) |

Before the court is a motion for attorney Reed K. Mackenzie to appear *pro hac vice* on plaintiffs' behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Reed K. Mackenzie has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fees to the office of the Clerk. Accordingly, the motion (Docket No. 2) is **GRANTED**. Attorney Reed K. Mackenzie is admitted to practice before this court in the above-entitled action on behalf of plaintiffs.

**IT IS SO ORDERED.**

Dated this 8th day of September, 2015.

                                                  */s/ Charles S. Miller, Jr.*
                                                Charles S. Miller, Jr.
                                                United States Magistrate Judge